**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-06-00038-01-PHX-SMM |
| Plaintiff, | ) |
| vs. | ) |
| Robert Foster, | ) **DETENTION  ORDER** |
| Defendant. | ) |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on November 24, 2010.

**THE  COURT  FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 29th day of November, 2010.

Lawrence O. Anderson
United States Magistrate Judge